FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB -9  P 2: 39

LORETTA G. WHYTE

MINUTE ENTRY
McNAMARA, CHIEF JUDGE
February 8, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PONTCHARTRAIN BOAT WORKS | CIVIL ACTION |
| VERSUS | NO. 00-400 |
| MINNESOTA MINING | SECTION "D"(5) |

It having been brought to the Court's attention that the above captioned action grow out of the same factual situation as that in Civil Action No. 99-2187 now pending before this Court and that the matter could be most expeditiously handled by transfer to Section B (5); accordingly,

IT IS ORDERED that this case be and the same is hereby TRANSFERRED to Section B (5) of this Court for disposition.

\* \* \* \* \*

TRANSFERRED TO:

**SECT. B**

DATE OF ENTRY  FEB 10 2000