

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PONTCHARTRAIN BOAT WORKS, ET AL. | CIVIL ACTION 99-2187 |
| VERSUS | NO: 00-0400 |
| MINNESOTA MINING AND MANUFACTURING CORPORATION | SECTION: "B" (5) |

### ORDER

It appears to the Court that the above-captioned civil action involves common questions of both law and fact with Civil Action 99-2187 c/w 99-3780, 99-3781, 99-3782, 99-3783 and 99-3784 "B" (5), currently pending in this Court. Therefore, pursuant to Federal Rules of civil Procedure 42(a) and L.R. 10.2E,

IT IS ORDERED that Civil Action 00-0400 "B" (5) be and hereby is **CONSOLIDATED** with Civil Action 99-2187 c/w 99-3780, 99-3781, 99-3782, 99-3783 and 99-3784 "B" (5), which shall be the master/lead case pursuant to L.R. 10.2E.

Pursuant to the Court's directive, all pleadings hereafter filed in this consolidated proceeding shall bear the caption of the lead consolidated case together with the docket number of all cases within the consolidation to which the document applies or the notation "ALL CASES" if it applies to all cases.

DATE OF ENTRY: FEB 18 2000

The Clerk of Court is directed to establish a master file and a master docket sheet for the consolidated group of cases.

All entries shall be made on the master docket sheet only, with a notation listing the cases to which the document applies, except that orders and documents terminating a party or disposing of a case will also be entered on the individual docket sheet. All documents shall be filed in the master file only, except that orders and documents terminating a party or disposing of a case will also be filed in the record of the individual case.

In the event that a case is separated from the consolidated group, it shall be the responsibility of counsel to jointly designate the documents necessary to the continued litigation of the case and to file such designation and copies of the documents with the Clerk within five days of the deconsolidation order.

New Orleans, Louisiana, this 17th day of February, 2000.

---
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE