FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG -9 PM 4:35

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MADISONVILLE BOAT YARD, ET AL. | CIVIL ACTION |
| | NO.  99-2187 c/w<br>99-3780, 99-3781,<br>99-3782, 99-3783,<br>99-3784, 00-0400,<br>00-2195, 01-0078 |
| VERSUS | |
| MINNESOTA MINING AND MANUFACTURING COMPANY | SECTION "B"(5) |
| | REF: 99-3780, 99-3781,<br>99-3782, 99-3783, 99-3784, 00-0400 |

The Court has been advised by counsel for the parties that all of the parties to Civil Action Nos. 99-3780, 99-3781, 99-3782, 99-3783, 99-3784, 00-0400 have firmly agreed upon a compromise, and assured that they need only to obtain final authority from principals, execute releases and agreements. Accordingly,

**IT IS ORDERED** that Civil Action Nos. 99-3780, 99-3781, 99-3782, 99-3783, 99-3784, 00-0400 hereby are **DISMISSED** without cost and without prejudice to the right, upon good cause shown, within sixty (60) days, to seek summary judgment enforcing the compromises if they are not consummated by that time. The Court retains

DATE OF ENTRY
AUG 1 0 2001

Doc.No. 4

jurisdiction over the actions to enforce settlement if not timely consummated or if final settlement authority is not obtained, provided a motion to enforce the settlement or, alternatively, a motion to extend this period is filed within 60 days from entry of this order.

PARTIES ARE WARNED THAT FAILURE TO <u>TIMELY</u> FILE A MOTION TO ENFORCE SETTLEMENT SHALL DIVEST THIS COURT FROM HAVING SUBJECT MATTER JURISDICTION OVER THE ACTION. <u>WOOLWINE FORD LINCOLN MERCURY V. CONSOLIDATED FINANCIAL RESOURCES, INC.</u>, 245 F.3D 791 (5TH CIRCUIT DECEMBER 27, 2000) (PER CURIAM) (UNPUBLISHED CIVIL ACTION NO. 00-60314). PARTIES ARE FURTHER WARNED THAT FAILURE TO TIMELY CONSUMMATE SETTLEMENT WITHIN THE SIXTY (60) DAY PERIOD SHALL LEAD TO THE IMPOSITION OF SANCTIONS AGAINST THE PARTY(S) FAILING TO COMPLY WITH THIS ORDER.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY</u> <u>WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

IT IS FURTHER ORDERED THAT ALL PENDING MOTIONS ARE DISMISSED AS MOOT.

New Orleans, Louisiana, this 9th day of August, 2001.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
## TONY B. JOBE
A PROFESSIONAL LAW CORPORATION
500 WATER STREET
MADISONVILLE, LA 70447

AVIATION, ADMIRALTY  
LONGSHORE & COMMERCIAL LAW

TEL. (504) 845-8088  
FAX: (504) 845-1655  
jobelaw@msn.com

August 3, 2001

The Honorable Ivan R. Lemelle  
Judge, U.S. District Court  
Eastern District of Louisiana  
500 Camp Street  
New Orleans, LA 70130



AUG 6 2001  
Judge Ivan L. R. Lemelle  
Section B

    RE:  Madisonville Boat Yard, et al. vs.  
           Minnesota Mining and Manufacturing Company  
           United States District Court for the Eastern District  
           Civil Action No. 99-2187, Section "B" (5) as  
           Consolidated with Case Nos. 99-3780; 99-3781;  
           99-3782; 99-3783; 99-3784; and 00-400.

Dear Judge Lemelle:

    We wish to advise the court that the forgoing captioned cases in the above referenced matter, against Minnesota Mining and Manufacturing ("3M"), have been settled: Schneider v. 3M, 99-3780; Jaubert v. 3M, 99-3781; Lopez v. 3M, 99-3782; Priestly v. 3M, 99-3783; Amedee v. 3M, 99-3784; and Pontchartrain Boat Works and Michael Harris v. 3M, 00-0400. We would appreciate it if your Honor would enter a sixty-day Dismissal Order on those cases. Should you have any questions, please do not hesitate to contact me.

Respectfully submitted,

*/s/ Tony B. Jobe*

Tony B. Jobe

TBJ:ens
Enclosure

cc:   Tom Discon, Esq.
      Richard Duplantier, Esq.
      Tom Diaz, Esq.