FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG -9 PM 4: 35

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

MADISONVILLE BOAT YARD, ET AL.

VERSUS

MINNESOTA MINING AND MANUFACTURING
COMPANY

CIVIL ACTION

NO.   99-2187 c/w
      99-3780, 99-3781,
      99-3782, 99-3783,
      99-3784, 00-0400,
      00-2195, 01-0078

SECTION "B"(5)

REF: ALL

### DECONSOLIDATION ORDER

This Court consolidated Civil Action No. 99-2187 "B" (5) with Civil Action Nos. 99-3780, 99-3781, 99-3782, 99-3783, 99-3784, 00-0400 on January 11, 2000 and February 18, 2000.  However, the Court dismissed Civil Action Nos. 99-3780, 99-3781, 99-3782, 99-3783, 99-3784, 00-0400 because the parties amicably settled their disputes. Deconsolidating the actions would assist the Court in maintaining more accurate records.  Accordingly,

**IT IS ORDERED** that Civil Action No. 99-2187 "B" (5), be and hereby is **DECONSOLIDATED** from Civil Action Nos. 99-3780, 99-3781, 99-3782, 99-3783, 99-3784, 00-0400.

1

DATE OF ENTRY

AUG 1 0 2001

Fee___
Process___
X Dktd___
___ CtRmDep___
Doc.No. 5

**IT IS FURTHER ORDERED** that the caption for Civil Action No. 99-2187 "B" (5) shall be revised to remove all references to "c/w 99-3780, 99-3781, 99-3782, 99-3783, 99-3784, 00-0400."

New Orleans, Louisiana, this 9th day of August, 2001.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

2