

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PONTCHARTRAIN BOAT WORKS, AND MIKE HARRIS, Individually | : | CIVIL ACTION |
| | : | NO. 00-0400 |
| VERSUS | : | SECTION "B" |
| MINNESOTA MINING AND MANUFACTURING CORPORATION | : | MAGISTRATE 5 |

### MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come plaintiffs, Pontchartrain Boat Works and Mike Harris, Individually, who move to voluntarily dismiss, with prejudice, all claims and causes of action against defendant, Minnesota Mining and Manufacturing Corporation on the basis that all claims and causes of action have been compromised.

Respectfully submitted,

_____
THOMAS M. DISCON, ESQ. (#14219)
Discon Law Firm
424 N. Causeway Approach, Suite A
Mandeville, Louisiana 70433
Telephone:  (504) 674-9748
Facsimile:   (504) 674-9749
Counsel for Pontchartrain Boat Works and
Michael Harris, Individually

DATE OF ENTRY

SEP 0 7 2001

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record by depositing same in the United States mail, properly addressed and postage prepaid, this 4th day of September, 2001.

_____
THOMAS M. DISCON, ESQ.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PONTCHARTRAIN BOAT WORKS, <br> AND MIKE HARRIS, Individually | : | CIVIL ACTION |
| | : | NO. 00-0400 |
| VERSUS | : | SECTION "X" B |
| MINNESOTA MINING AND <br> MANUFACTURING CORPORATION | : | MAGISTRATE 5 |

## ORDER

Considering the foregoing motion;

IT IS HEREBY ORDERED that the claims brought by plaintiffs, Pontchartrain Boat Works an Mike Harris, Individually, in the above-captioned matter against defendant, Minnesota Mining and Manufacturing Corporation, are hereby dismissed, with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this _6_ day of _____, 2001.

_____
JUDGE